UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 14, 2012

No. 11-3732

FITZROY GERALD GREEN,
                                    Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,
                                                            Respondent

(Agency No.  BIA-1: A099-232-461 )


Present:  RENDELL, SMITH and BARRY, Circuit Judges

   1. Motion filed by the Respondent to publish opinion dated 7/13/12.

   2. Response in Opposition to Motion to Publish filed by Petitioner.

                                        Respectfully,
                                        Clerk/trg

_____ORDER_____
The foregoing motion is GRANTED.

                                        By the Court,

                                        **/s/Maryanne Trump Barry**
                                        Circuit Judge

Dated:    September 12, 2012
trg/cc:       Elissa C. Steglich, Esq.
              Amelia Wilson, Esq.
              Jason Wisecup, Esq.